IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DERRICK M. ALLEN, SR.,            )
                                  )
            Plaintiff,            )
                                  )
      v.                          )      1:20CV867
                                  )
STATE OF NORTH CAROLINA,          )
et al.,                           )
                                  )
            Defendants.           )
```

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 13, 2021, was served on the parties in this action. (Docs. 4, 5.) Plaintiff objected to the Recommendation. (Doc. 6.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the current complaint.

                              /s/   Thomas D. Schroeder
                              United States District Judge

April 26, 2021